

**AMERICAN MEDICAL COLLECTION AGENCY**   COLLECTION AGENCY



**4 Westchester Plaza Suite 110, Elmsford, NY 10523**

December 5, 2016

08 L8B BIO 581 PAL19000-4720
Pin Number: ██████9621
(844) 515-2622

5

Jennifer Palermo
10 Market St
Mastic Beach, NY  11951-1201

STATUS: UNPAID

STATUS: UNPAID

STATUS: UNPAID

STATUS: UNPAID

Dear Jennifer Palermo:

You have had every opportunity to pay the **$1,851.98** you owe **Bio-Reference Laboratories**, yet you continue to avoid payment. Your doctor determined that you needed certain laboratory tests. Our client performed those tests as ordered and has a right to be paid.

If you believe that the amount you owe is too small for us to pursue, you are mistaken.  Our client, **Bio-Reference Laboratories**, has authorized us to seek payment of this outstanding debt, and we fully intend to do so. Send your payment of **$1,851.98** immediately so that we can finally resolve this matter.

This situation is serious.  Enclose the bottom portion of this letter with your payment made payable to **Bio-Reference Laboratories** now.

L8B-H - RMCB.WFD - 713442 - 00000634 - 1 of 1

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**   **Detach and return this portion with payment using enclosed envelope.**

| Amount Due: | $1,851.98 |
| --- | --- |

To pay online: pay.amcaonline.com

☐VISA      ☐MASTERCARD      ☐DISCOVER

Card #: ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Exp. Date: _____   CVV Code: _____   Amount: _____

Signature: _____

Client Code: BIO _____   Account: ████720
Pin Number: ██████9621
08 L8B BIO 581

| You Owe: | Bio-Reference Laboratories |
| --- | --- |
| Charge Date | October 20, 2015 |
| Account Number | ████720 |
| Pin Number | ████9621 |
| Name:<br>Street Address:<br>City,State Zip: | Jennifer Palermo<br>10 Market St<br>Mastic Beach, NY 11951-1201 |

BIO REFERENCE LABS
PO BOX 26548
SALT LAKE CITY, UT 84126-0548

1720+++

The disclosures below are required by state or federal law. This is not intended to be a complete statement of all rights consumers may have under state and federal law.

"This is an attempt to collect a debt. Any information obtained will be used for that purpose." This communication is from a debt collector.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice, that the debt or any portion thereof is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

ʌ  Detach along this edge.  ʌ
Return the Bottom portion with your check, credit card information or money order.
Include your account number, name and address on all correspondence.

Thank you for your attention to this matter.